

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Case number:  01-12-01032-CV

Style:  *Steve Holmes, Debbie Holmes, Clinton Holmes, Dana Atkinson, Jerry Smith and Greg Evans, not individually but solely in their capacity as and on behalf of the Board of Directors and Members of the Houston Aeronautical Heritage Society, Inc. ("HAHS") and Penny Evans and Gary Evans, solely in their capacity as Members of HAHS v. John L. Graves and Harper Trammell,* No. 2012-23495 in the 334th District Court of Harris County, Texas

On November 21, 2012, appellants filed a "Motion for Temporary, Emergency Relief." Appellants' emergency motion is **granted**. The November 30, 2012 summary judgment hearing and proceedings on all other dispositive motions are stayed. *See* TEX. R. APP. P. 29.3; TEX. R. APP. P. 29.5(b). The stay is effective until final disposition of this appeal.

It is so ORDERED.

Judge's signature:  /s/ Harvey Brown
Acting individually

Date:  November 28, 2012